### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adel Hassan Shoeib<br>         aka Adel Hassan Shoieb Ahmed<br><br>         Martha E. Shoeib<br>                        Debtors | CHAPTER 13<br><br>BKY. NO. 16-24070 GLT |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 3028

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-627-1322
                                            Fax: 215-627-7734
                                            Attorney for Movant/Applicant