Certificate Number: 05781-PAW-DE-028583962

Bankruptcy Case Number: 16-24070



05781-PAW-DE-028583962

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2017</u>, at <u>4:19</u> o'clock <u>PM PST</u>, <u>Martha Shoeib</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>January 6, 2017</u>          By:    <u>/s/Allison M Geving</u>

                                     Name:  <u>Allison M Geving</u>

                                     Title: <u>President</u>