IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-24070-GLT |
| Adel Hassan Shoeib | : | Chapter 13 |
| Martha E. Shoeib, | : | |
| *Debtors* | : | |
| | : | |
| Adel Hassan Shoeib | : | |
| Martha E. Shoeib, | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, | : | |
| *Respondent* | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH NATIONSTAR MORTGAGE OBTAINED THROUGH THE LOSS MITIGATION PROGRAM

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the motion no later than Monday, March 20, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on Wednesday, April 19, 2017 at 10:00 a.m. before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: March 3, 2017                                         /s/ Kenneth Steidl
                                                             Kenneth Steidl, Esquire
                                                             Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965