IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-24070-GLT |
| Adel Hassan Shoeib | : | Chapter 13 |
| Martha E. Shoeib, | : | |
| Debtors | : | |
| | : | |
| Adel Hassan Shoeib | : | |
| Martha E. Shoeib, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, | : | |
| Respondent | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 3, 2017, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Motion to Approve Late Request for Loss Mitigation and the Motion for Loss Mitigation* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Truste
Suite 2830, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Adel Hassan Shoeib
Martha E. Shoeib
3505 Valley Dr.
Pittsburgh, PA 15234

James Warmbrodt, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Nation Star Mortage
Attn: Bankrutpcy Dept.
PO Box 630267
Irving, TX 75063

Date of Service: March 3, 2017            /s/ Kenneth Steidl
                                                                   Kenneth Steidl, Esquire
                                                                  Attorney for the Debtor

                                                                  STEIDL & STEINBERG
                                                                  Suite 2830, Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA 15219
                                                                  (412) 391-8000
                                                                  ken.steidl@steidl-steinberg.com
                                                                  PA I.D. No. 34965