IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-24070-GLT |
| Adel Hassan Shoeib | : | Chapter 13 |
| Martha E. Shoeib, | : | |
| Debtors | : | Docket No. 36 |
| | : | |
| Adel Hassan Shoeib | : | |
| Martha E. Shoeib, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, | : | |
| Respondent | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 23, 2017, a true and correct copy of the *Modified Default Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Truste
Suite 2830, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Adel Hassan Shoeib
Martha E. Shoeib
3505 Valley Dr.
Pittsburgh, PA 15234

James Warmbrodt, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Nation Star Mortage
Attn: Bankrutpcy Dept.
PO Box 630267
Irving, TX 75063

Date of Service: <u>March 23, 2017</u>         <u>/s/ Kenneth Steidl</u>
                                              Kenneth Steidl, Esquire
                                              Attorney for the Debtor

                                              STEIDL & STEINBERG
                                              Suite 2830, Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              ken.steidl@steidl-steinberg.com
                                              PA I.D. No. 34965