# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ADEL HASSAN & MARTHA E. SHOEIB |
| **Case Number:** | 16-24070-GLT **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 27, 2017 09:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#16 - Final Confirmation of Plan Dated 11-15-16 (NFC)
#41 - Objection by Nationstar Mortgage
**R / M #:**  16 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / (Bedford) / Pail / Katz        *K Steidl*
Creditor:        *Warmbrodt – Nationstar*

### *Proceedings:*   *LMP*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ___✓___ Plan/Motion continued to *11-16-17* at *9:00*.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED
2017 JUL 27 P 3: 24
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH