FILED
8/24/17 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-24070-GLT |
|     Adel Hassan Shoeib | : | Chapter 13 |
|     Martha E. Shoeib, | : | |
|         *Debtors* | : | |
| | : | **Related to Docket No. 44** |
|     Adel Hassan Shoeib | : | |
|     Martha E. Shoeib, | : | |
|         *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, | : | |
|         *Respondent* | : | |

### ORDER

A *Loss Mitigation Order* dated  March 22, 2017 , was entered in the above matter at Document No.  37 . On  August 8, 2017 , a *Motion to Extend the Loss Mitigation Period* was filed by Debtors  at Document No. 44 .

**AND NOW**, this  24th  Day of August, 2017 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 23, 2017.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                                     Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Adel Hassan Shoeib  
Martha E. Shoeib  
    Debtors

Case No. 16-24070-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz      Page 1 of 1      Date Rcvd: Aug 24, 2017  
    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db/jdb      +Adel Hassan Shoeib,    Martha E. Shoeib,    3505 Valley Dr.,    Pittsburgh, PA 15234-2012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:

     James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
     Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com  
     Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park/Bethel Park School District jhunt@grblaw.com, cnoroski@grblaw.com  
     Kenneth Steidl    on behalf of Debtor Adel Hassan Shoeib julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
     Kenneth Steidl    on behalf of Joint Debtor Martha E. Shoeib julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
     Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

     TOTAL: 9