# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :    Case No.:    16-24070-GLT
                                                                    :    Chapter:     13
Adel Hassan Shoeib                                                  :
Martha E. Shoeib                                                    :
                                                                    :    Date:        11/1/2017
           *Debtor(s).*                                        :    Time:        10:00

**FILED**

**NOV 0 2 2017**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #47 - Motion for Status Conference between the Debtors and Nationstar Mortgage (#37/33)
           #52 - Response by Nationstar Mortgage

**APPEARANCES:**
    Debtor:        Julie Steidl
    Nationstar:    Kevin Frankel

**NOTES:**

Steidl: Agrees to withdraw the request for an appeal.

**OUTCOME:**

1. The status conference [Dkt. No. 47] is concluded. (Text Order to issue.)

2. On or before November 15, 2017, the Debtors shall file a final loss-mitigation report. (Text Order to issue.)

**DATED:** 11/1/2017