## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |
|---|---|
| Debtor: | ADEL HASSAN & MARTHA E. SHOEIB |
| Case Number: | 16-24070-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 16, 2017 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/21/17 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#16 - Continued Confirmation of Plan Dated 11/15/2016 (NFC)
R / M #: 16 / 0

**_Appearances:_**

K. Steidl

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _1/11/18_ at _2:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/8/2017   2:36:12PM