Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Adel Hassan Shoeib**
**aka Adel Hassan Shoieb Ahmed**
**Martha E. Shoeib**
   Debtor(s)

Bankruptcy Case No.: 16–24070–GLT
Related to Docket No. 58
Chapter: 13
Docket No.: 59 – 58
Concil. Conf.: February 1, 2018 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **January 11, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 16, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **February 1, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 27, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case 16-24070-GLT   Doc 60   Filed 11/29/17   Entered 11/30/17 00:53:19   Desc Imaged
Certificate of Notice   Page 2 of 5

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24070-GLT
Adel Hassan Shoeib                                              Chapter 13
Martha E. Shoeib
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Nov 27, 2017
                              Form ID: 213            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
```
db/jdb         +Adel Hassan Shoeib,    Martha E. Shoeib,    3505 Valley Dr.,    Pittsburgh, PA 15234-2012
cr             +Municipality of Bethel Park,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +Municipality of Bethel Park/Bethel Park School Dis,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
14315351        Best Buy & Capital One,    c/o Bass & Associates,    3936 East Fort,    Suite 200,
                 Tucson, AZ 85712
14315352       +Capital One Bank,    c/o Banda LLC,    Weinstein Pinson & Riley,    2001 Western Ave., Suite 400,
                 Seattle, WA 98121-3132
14328438       +KML Law Group, P.C.,    Mellon Independence Center, Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14315353       +Municipality and School District of,    Bethel Park,    c/o Goehring Rutter and Boehm,
                 437 Grant St., 14th Fl.,    Pittsburgh, PA 15219-6101
14361438       +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14361441       +Municipality of Bethel Park/Bethel Park School Dis,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14390166       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14315354       +Nation Star Mortage,    Attn: Bankrutpcy Dept.,    PO Box 630267,    Irving, TX 75063-0116
14328442        The Commonwealth of Pennsylvania,    Dept. of Revenue,    Bankrutpcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14315356        The Commonwealth of Pennyslvania,    Dept. of Revenue,    Bankrutpcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14397340        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:22
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14328437       +E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:00:52      Capital One Bank,    c/o Vanda LLC,
                 Weinstein Pinson & Riley,    2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
14400445       +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2017 01:01:08       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14315355       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:03:59       PNC Bank,
                 c/o Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-0914
14318941       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:00:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
14328436*       Best Buy & Capital One,    c/o Bass & Associates,    3936 East Fort,    Suite 200,
                 Tucson, AZ 85712
14328439*      +Municipality and School District of,    Bethel Park,    c/o Goehring Rutter and Boehm,
                 437 Grant St., 14th Fl.,    Pittsburgh, PA 15219-6101
14328440*      +Nation Star Mortage,    Attn: Bankrutpcy Dept.,    PO Box 630267,    Irving, TX 75063-0116
14328441*      +PNC Bank,    c/o Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-0914
14328443*       The Commonwealth of Pennsylvania,    Dept. of Revenue,    Bankrutpcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14328444*       The Commonwealth of Pennsylvania,    Dept. of Revenue,    Bankrutpcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                        TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Nov 27, 2017
                              Form ID: 213            Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park/Bethel Park School District
           jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth   Steidl    on behalf of Joint Debtor Martha E. Shoeib julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com
          Kenneth   Steidl    on behalf of Debtor Adel Hassan Shoeib julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com
          Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```