IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-24070-GLT |
| Adel Hassan Shoeib, | ) | Chapter 13 |
| Martha E. Shoeib, | ) | |
| *Debtor* | ) | |
| | ) | Related to Document No. 58 & 59 |
| Ronda J. Winnecour, Trustee, | ) | |
| *Movant* | ) | Hearing Date and Time: |
| | ) | 1/11/2018 at 2:30PM |
| vs. | ) | |
| | ) | Docket No. |
| Adel Hassan Shoeib, | ) | |
| Martha E. Shoeib, | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE OF
## RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND PROOF OF PAYMENT

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 10, 2018.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class U.S. Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."
EXECUTED ON:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                                    By:/s/ Kenneth Steidl
                                                    Kenneth Steidl, Esquire
                                                    Attorney for the Debtor(s)
                                                    STEIDL & STEINBERG, P.C.
                                                    Suite 2830 - Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    P.A.I.D. No. 34965
                                                    ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**