# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** ADEL HASSAN & MARTHA E. SHOEIB
**Case Number:** 16-24070-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 01, 2018 10:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#58 - Trustee's Certificate of Default to Dismiss
#61 - Response by Debtors
R / M #: 58 / 0

### Appearances:    A. Steidl

Debtor:
Trustee: Winnecour / (Pail) Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/12/18 at 2:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED 2018 FEB -1 PM 12:33 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

1/25/2018   9:07:33AM