2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-24070-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Adel Hassan Shoeib
3505 Valley Dr.
Pittsburgh PA 15234

Martha E. Shoeib
3505 Valley Dr.
Pittsburgh PA 15234

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/01/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage LLC, Attn: Bankruptcy Dept, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

SELENE FINANCE LP
Attention: Cashiering Department
P.O. Box 71243
Philadelphia PA 19176-6243

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/03/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Adel Hassan Shoeib
Martha E. Shoeib
    Debtors

Case No. 16-24070-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Mar 01, 2018
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
14390166       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
          (address filed with court:    Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    P.O. Box 619096,
          Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park/Bethel Park School District
            jhunt@grblaw.com,    cnoroski@grblaw.com
           Kenneth Steidl    on behalf of Joint Debtor Martha E. Shoeib julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
            nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
            inberg.com
           Kenneth Steidl    on behalf of Debtor Adel Hassan Shoeib julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
            nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
            inberg.com
           Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                    TOTAL: 9