# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** ADEL HASSAN & MARTHA E. SHOEIB
- **Case Number:** 16-24070-GLT         **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 12, 2018  02:30 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#58 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  58 / 0

### *Appearances:*

- Debtor:  Lamb
- Trustee: Winnecour / (Pail) / Katz / DeSimone
- Creditor:

Lambrodt/Nationstar
Counsel/debtor have no defense
T consents

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

LMP denied
No pmt since 1/18

4/6/2018    3:17:46PM