**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ADEL HASSAN SHOEIB
    MARTHA E. SHOEIB
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-24070 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/01/2016 and confirmed on 01/13/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,975.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,975.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,197.87 | |
|   Trustee Fee | 349.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,547.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SELENE FINANCE LP | 0.00 | 6,427.78 | 0.00 | 6,427.78 |
|     Acct: 2703 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,937.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 7333 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 991.45 | 0.00 | 0.00 | 0.00 |
|     Acct: S152 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 98.56 | 0.00 | 0.00 | 0.00 |
|     Acct: S152 | | | | |
|   SELENE FINANCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2703 | | | | |
|   SELENE FINANCE LP | 19,315.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 2703 | | | | |
| | | | | 6,427.78 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ADEL HASSAN SHOEIB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-24070 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG<br>   Acct: | 3,400.00 | 1,197.87 | 0.00 | 0.00 |
| BETHEL PARK SD & MUNIC OF BETHEL PA<br>   Acct: 4157 | 3,278.33 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>   Acct: 7333 | 447.10 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>   Acct: 6629 | 656.74 | 0.00 | 0.00 | 0.00 |
| BASS & ASSOCIATES PC*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>   Acct: 7333 | 927.15 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V<br>   Acct: 0001 | 343.03 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| TOTAL PAID TO CREDITORS | | | | 6,427.78 |

TOTAL CLAIMED
PRIORITY        3,725.43
SECURED        23,342.96
UNSECURED      1.926.92

Date: 05/21/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com